IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE BURNAM, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-2089-EJM |
| | ) | |
| vs. | ) | |
| | ) | ATTORNEY FEE JUDGMENT |
| MICHAEL J. ASTRUE, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

       Pursuant to 42 USC §406(b), plaintiff's counsel is awarded fees in the amount of Nine Thousand Two Hundred Six dollars and fifty cents ($9,206.50). Counsel shall refund to plaintiff fees previously awarded pursuant to 28 USC §2412.

Dated: May 3, 2007                      PRIDGEN J. WATKINS
                                                Clerk

                                                /s/ des
                                                (By) Deputy Clerk